No. 660. SAUDER, ADMINISTRATRIX, ET AL. *v.* MID-CONTINENT PETROLEUM CORP. January 22, 1934. The petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit is granted. *Mr. Harry W. Colmery* for petitioners. *Messrs. James C. Denton* and *Richard H. Wills* for respondent.

No. 689. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* INDEPENDENT LIFE INSURANCE Co. February 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Solicitor General Biggs* for petitioner. *Messrs. Wm. Marshall Bullitt* and *J. A. Newman* for respondent.

No. 709. EASTMAN KODAK Co. ET AL. *v.* GRAY. February 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. William H. Davis, George E. Middleton, Allen Hunter White,* and *Dean S. Edmonds* for petitioners. *Messrs. Thomas Raeburn White* and *Leon Edelson* for respondent.

No. 722. ROCKFORD LIFE INSURANCE CO. *v.* COMMISSIONER OF INTERNAL REVENUE. February 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Wm. Marshall Bullitt* for petitioner. *Solicitor General Biggs* for respondent.

No. 707. MASSEY *v.* UNITED STATES. February 19, 1934. The order entered February 12 [*post,* p. 669] denying petition for writ of certiorari in this case is revoked. The petition for writ of cer-